United States District Court
Southern District of Texas
**ENTERED**
July 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY C. SAMAN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 4:21-cv-03392 |
| I.C. SYSTEM, INC., | § § § | |
| *Defendant.* | § § | |

**PROPOSED ORDER GRANTING DEFENDANT I.C. SYSTEM, INC.'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY DEADLINE AND THE DEADLINE TO FILE ALL MOTIONS**

ON THIS DAY, CAME TO BE HEARD Defendant I.C. SYSTEM, INC.'s *Unopposed Motion to Extend the Discovery Deadline and the Deadline to File all Motions* (the "Motion"). Having reviewed the Motion, the Court is of the opinion that the Motion should be GRANTED in its ENTIRETY. As such, Defendant has through and until October 27, 2022 to conduct discovery; and until November 29, 2022 to file all motions.

Signed on July 20, 2022, at Houston, Texas.

*David Hittner*
David Hittner
United States District Judge